

**SO ORDERED.**
SIGNED this 21st day of August, 2012

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

IN RE:     MICHAEL W BIRCHFIELD                    #11-34431
           DONNIA L BIRCHFIELD                      Chapter 13

ORDER RESOLVING CHAPTER 13 TRUSTEE OBJECTION
TO PROOF OF CLAIM FILED BY ALEECE JACKSON

No response having been filed to the Trustee's Objection to the secured claim filed by ALEECE JACKSON, it is hereby **ORDERED** that while no disallowance of the lien is sought by the Trustee, the Trustee, per the confirmed plan, shall make no payment on the claim unless the creditor files an amended deficiency claim within 120 days fromt he claims bar date.

# # #

APPROVED FOR ENTRY:

/s/ Gwendolyn M. Kerney by heb w/perm.
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
(865) 524-4995